1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOSE RODRIGUEZ,

11          Plaintiff,                    No. CIV S-05-1671 LKK KJM PS

12      vs.

13   JOHN EDMON,

14          Defendant.                    ORDER

15   _____/

16          Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was

17   referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

18          On May 31, 2006, the magistrate judge filed findings and recommendations herein

19   which were served on the parties and which contained notice to the parties that any objections to

20   the findings and recommendations were to be filed within twenty days.  No objections to the

21   findings and recommendations have been filed.

22          The court has reviewed the file and finds the findings and recommendations to be

23   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

24   ORDERED that:

25   /////

26   /////

1

1        1.  The findings and recommendations filed May 31, 2006, are adopted in full; and

2        2.  This action is dismissed.

3  DATED: September 11, 2006.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT